# COMPLAINT
(for non-prisoner filers without lawyers)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT EASTERN DIST FILED 2018 MAR 21 STEPHEN C. CLERK

(Full name of plaintiff(s))

Jodie Lyn Salerno

v.

(Full name of defendant(s))

City of Kenosha Housing Authority

Case Number:

**18-C-0448**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   2045 Blake Avenue, Racine, WI, 53404
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __City of Kenosha Housing Authority__
   (Name)

is (if a person or private corporation) a citizen of _Wisconsin_____

(State, if known)

and (if a person) resides at _625 52nd Street, Room 98, Kenosha, WI, 53140_____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The City of Kenosha Housing Authority violated me and my disabled children's rights to fair housing.

The City of Kenosha Housing Authority terminated my section 8 rental assistance based on false infomation.

The City of Kenosha Housing Authority terminated my section 8 rental assistance on November 16, 2016.

The City of Kenosha Housing Authority terminated my section 8 rental assistance in Kenosha, Wisconsin.

The City of Kenosha Housing Authority terminated my section 8 rental assistance alleging violations of the family

obligations under the housing choice voucher program. (24CFR 982.551) B. The family must: 9. Request the PHA's

written approval to add any other family member as an occupant of the unit. D. The family must not: 2. Commit

serious or repeated violation of the lease.

I am seeking damages for struggling without assistance and reinstatement of my section 8 housing choice voucher.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I am seeking damages for struggling without assistance me and my children were entitled to and reinstatment of my

section 8 housing choice voucher.

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES        ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___14___ day of _____March_____ 20_18___.

Respectfully Submitted,

*Verified by PDFfiller 03/14/2018*

___Jodie Lyn Salerno___
Signature of Plaintiff

262-417-8432

Plaintiff's Telephone Number

salernoj16@gmail.com

Plaintiff's Email Address

2045 Blake Avenue

Racine, WI, 53404

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.