UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JODIE LYN SALERNO,

    Plaintiff,

v.

    Civil Action No.: 2:18-cv-448

CITY OF KENOSHA HOUSING AUTHORITY

    Defendant.

## STIPULATION

IT IS STIPULATED between the parties that this action may be dismissed with prejudice and on its merits and without costs to any party, and that an order of dismissal may be entered without further notice.

Dated this 10th day of July, 2018.

PLAINTIFF

BY: *Jodie Lyn Salerno*
Jodie Lyn Salerno

Dated this 10th day of July, 2018

Office of the Kenosha City Attorney
Attorney for the Defendant

BY: *William K Richardson*
William K. Richardson
Assistant City Attorney
State Bar No. 1002625

## ORDER

IT IS ORDERED that this action is dismissed with prejudice and on its merits and without costs to any party.

Rendered this _____ day of _____, 2018.

BY THE COURT:

_____
Magistrate Judge William E. Duffin

Office of the City Attorney
Municipal Building, Room 201
625 52nd Street
Kenosha, Wisconsin 53140
Phone: (262) 653-4170
Fax #: (262) 925-5933