UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JODIE LYN SALERNO,

    Plaintiff,

v.                    Case No. 18-CV-448

CITY OF KENOSHA HOUSING AUTHORITY,

    Defendant.

## ORDER OF DISMISSAL

Based upon the stipulation of the parties (ECF No. 14), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby dismissed with prejudice and without costs for either party.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin this 13th day of July, 2018.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge